# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> & <br><br> STATE OF MAINE, <br><br> Plaintiffs, <br><br> v. <br><br> GARY S. WINN, D.O. <br><br> Defendant. | No. 2:23-cv-00186-JDL |

## Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, the United States of America and the State of Maine, subject to the terms of the settlement agreement executed between Plaintiffs and Defendant, hereby stipulate to the dismissal of this action with prejudice and without costs or attorney's fees.

Dated:    May 11, 2023

Respectfully Submitted,

DARCIE N. MCELWEE
United States Attorney

By:   */s/ John G. Osborn*
John G. Osborn
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
john.osborn2@usdoj.gov
*On behalf of the United States*

DATED: May 11, 2023

AARON M. FREY
Attorney General for the State of Maine


BY: */s/ John P. Burke*
John P. Burke
Assistant Attorney General
Healthcare Crimes Unit
6 State House Station
Augusta, ME 04333
(207) 626-8804
john.burke@maine.gov
*On behalf of the State of Maine*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 11, 2023, I electronically filed the foregoing using the CM/ECF system which will send notifications of such filing(s) to all parties of record.

    DARCIE N. MCELWEE
    United States Attorney

    */s/ John G. Osborn*
    John G. Osborn
    Assistant United States Attorney
    100 Middle Street, East Tower, 6th Floor
    Portland, Maine 04101
    (207) 780-3257
    john.osborn2@usdoj.gov